Julius Fischl, Respondent, v. Sterling Fire Insurance Company and Others, Appellants.

Per Curiam. The finding of the jury that there was no fraudulent exaggeration in the proof of loss is against the weight of evidence. It is clear that the value of the buttons in controversy was grossly exaggerated, that they were in fact purchased for $250, and that the claim that a valuable machine was also given for them is contrary to the documentary evidence in the case. The judgment and order should be reversed on the law and the facts and a new trial ordered, with costs to appellants to abide the event. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Judgment and order reversed and a new trial ordered, with costs to appellants to abide the event.

Robert Adams, Respondent, v. Thomas Ryan, Appellant, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Catherine Szadvary, Appellant, v. Modern Camp Corporation, Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Antoinette Tomarchio, an Infant, by Josephine Tomarchio, Her Guardian ad Litem, Appellant, v. F. W. Woolworth Company, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Sophie Herbert, Respondent, v. Edward Herbert, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

First National Bank of Bridgeport, Connecticut, Respondent, v. Victor L. Zorn Company, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York, Respondent, v. Fred A. Kalil, Appellant.*— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Douglas S. Thropp, Respondent, v. J. Bradford Erb and Another, Appellants. — Judgment reversed and a new trial ordered, with costs to the appellants to abide the event unless plaintiff stipulate to reduce the recovery against both defendants to the amount of counsel fee, $1,000, with interest and costs; in which event the judgment as so modified is affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Nathan Blaustein, Respondent, v. New York Railways Corporation, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

* Affd., 254 N. Y. ——.